MGD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maruf Alimov, | No. CV-26-03690-PHX-JJT (JFM) |
| Petitioner, | |
| v. | **ORDER** |
| Markwayne Mullin, *et al.*, | |
| Respondents. | |

Petitioner Maruf Alimov, who is detained at the Eloy Detention Center, filed, through counsel, a Petition for Writ of Habeas Corpus Under § 2241 and a Complaint for Declaratory and Injunctive Relief (Doc. 1).  The Court will require Respondents to answer the Petition.

Petitioner names as Respondents Secretary of the Department of Homeland Security (DHS) Markwayne Mullin; DHS; Acting Attorney General Todd Blanche; Eric Rokosky, Warden of Eloy Detention Center; Immigration and Customs Enforcement Phoenix Field Office Director; and Executive Office for Immigration Review.

Petitioner is a citizen of Uzbekistan who entered the United States with a CBP One appointment seeking asylum in November 2024.  Petitioner was detained, and DHS initiated removal proceedings pursuant to 8 U.S.C. § 1229a.  Petitioner applied for asylum on May 12, 2025.  On November 13, 2025, an Immigration Judge (IJ) found Petitioner inadmissible under 8 U.S.C. § 1182(a) and denied his application for asylum and withholding of removal under 8 U.S.C. § 241(b)(3) and the Convention Against Torture.

**TERMPSREF**

The IJ order Petitioner removed to Uzbekistan.  Petitioner filed an appeal with the Board of Immigration Appeals on December 12, 2025, and that appeal remains pending.

Petitioner claims his prolonged detention absent a bond hearing violates his Fifth Amendment right to due process.  He seeks immediate release from custody, or in the alternative, an individualized bond hearing before a "fair, neutral and open-minded" IJ. The Court will require Respondents to answer the Petition.

**IT IS ORDERED**:

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must respond to the Petition within **20 days** of the date of service.

(5)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(6)    This matter is referred to Magistrate Judge James F. Metcalf pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 28th day of May, 2026.

Honorable John J. Tuchi
United States District Judge